FILED

05/14/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0150

IN THE SUPREME COURT OF THE STATE OF MONTANA
No. DA 21-0150

_____

STATE OF MONTANA,

        Petitioner and Appellee,

v.

PAMELA JO POLEJEWSKI,

        Respondent and Appellant.

_____

## ORDER GRANTING RULE 26 MOTION TO EXTEND TIME FOR TRANSMISSION OF THE RECORD
_____

Through counsel, Cascade County has filed a M.R.App.P. 26 Motion for an Extension of Time to enable transmission of the relevant District Court hearing transcript. Cascade County points out that self-represented Appellant Pamela Jo Polejewski indicated on her Notice of Appeal on March 30, 2021, that she had ordered all available transcripts of the proceedings. This has not occurred, despite the representation in the Notice of Appeal and the requirements of M.R.App.P. 8.

The transcripts of the relevant February 18, 2021, District Court hearing will be necessary to provide a complete record on appeal. Cascade County has ordered the transcripts and has offered to incur the related costs. Cascade County has requested until June 30, 2021, to provide the transcripts, as the court reporter is out on a leave of absence through the end of May. Therefore,

1

IT IS ORDERED that the deadline for transmitting the District Court record, including relevant transcripts, is extended through June 30, 2021, to enable Cascade County to order the relevant transcripts. All other applicable deadlines, including under M.R.App.P. 13, are stayed until this time.

DATED this ____ day of May, 2021.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
May 14 2021